```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14522
   MONICA N CANNON
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4394


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/10/2007 and was confirmed 09/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 01/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
COMMONWEALTH EDISON        UNSECURED          717.81          .00            .00
SAXON MORTGAGE             CURRENT MORTG         .00          .00            .00
SAXON MORTGAGE             MORTGAGE ARRE        .00          .00            .00
SAXON MORTGAGE             CURRENT MORTG        .00          .00            .00
SAXON MORTGAGE             UNSECURED      NOT FILED          .00            .00
SAXON MORTGAGE             MORTGAGE ARRE        .00          .00            .00
DAIMLER CHRYSLER FINANCI   SECURED VEHIC  16215.00       382.74         100.00
DAIMLER CHRYSLER FINANCI   UNSECURED         24.41          .00            .00
FORD MOTOR CREDIT          SECURED VEHIC   2109.00        52.25         174.40
AMERICAN GENERAL FINANCE   UNSECURED       3406.27          .00            .00
ASPIRE                     UNSECURED       1538.01          .00            .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED          .00            .00
CHASE BANK USA             UNSECURED        252.53          .00            .00
CITY OF CHICAGO PARKING    FILED LATE          .00          .00            .00
COMCAST                    UNSECURED      NOT FILED          .00            .00
PATHOLOGY ASSOCIATES OF    UNSECURED      NOT FILED          .00            .00
PATHOLOGY ASSOCIATES OF    UNSECURED      NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED       2205.16          .00            .00
HSBC BANK NEVADA NA        UNSECURED       1848.63          .00            .00
EVERGREEN EMERGENCY SCVS   UNSECURED      NOT FILED          .00            .00
NICOR GAS                  UNSECURED        123.03          .00            .00
ST MARGARET MERCY HOSPIT   UNSECURED      NOT FILED          .00            .00
ST MARGARET MERCY HOSPIT   UNSECURED      NOT FILED          .00            .00
VILLAGE OF SOUTH HOLLAND   UNSECURED        585.00          .00            .00
WORLD FINANCIAL NETWORK    UNSECURED         98.84          .00            .00
FORD MOTOR CREDIT          UNSECURED         35.54          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,331.00                    1,613.50
TOM VAUGHN                 TRUSTEE                                       169.39
DEBTOR REFUND              REFUND                                        276.92

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------


               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 14522 MONICA N CANNON
```

```
                        RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                 2,769.20

PRIORITY                                            .00
SECURED                                          274.40
   INTEREST                                      434.99
UNSECURED                                           .00
ADMINISTRATIVE                                 1,613.50
TRUSTEE COMPENSATION                             169.39
DEBTOR REFUND                                    276.92
                     ---------------     ---------------
TOTALS                  2,769.20                2,769.20
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
   Dated: 04/23/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```